IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUNG TRI NGUYEN, | ) | No. C 15-5331 JSW (PR) |
| Petitioner, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| M.E. SPEARMAN, Warden, | ) ) | |
| Respondent. | ) ) ) | |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. He was convicted and sentenced in Santa Clara Superior Court for assault with a deadly weapon, attempt to dissuade a witness, and assault by means likely to cause great bodily injury. He previously filed a federal habeas petition challenging the same judgment, which petition was denied on its merits. *See Nguyen v. Evans*, No. C 06-4630 JSW (PR) (N.D. Cal. May 5, 2008) (dkt. 17). Petitioner appealed that decision, but the United States Court of Appeals for the Ninth Circuit denied a certificate of appealability. *See Evans v. Nguyen*, No. 08-16593 (9th Cir. Mar. 9, 2009).

The instant petition is a second federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the same state court judgment. *See Barrow v. Gonzales*, Case No. C 10-1521 JSW (PR). A second or successive petition may not be filed in this Court unless petitioner first obtains from the United States Court of Appeals

for the Ninth Circuit an order authorizing this Court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought or obtained such an order from the Ninth Circuit. The petition is accordingly DISMISSED without prejudice to refiling if Petitioner obtains the necessary order.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided. No reasonable jurist would find this Court's dismissal of this petition debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: December 29, 2015

JEFFREY S. WHITE
United States District Judge